# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DERRICK L. JOHNSON, ) NO. EDCV 14-1773-GW (JEM)
)
        Petitioner, )
)
    v. ) **JUDGMENT**
)
KENNETH J. FERNANDEZ, )
)
        Respondent. )
)

    IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 4, 2015.

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE